UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AMERICAN TANK & VESSEL, INC. and AMERICAN TANK & VESSEL INTERNATIONAL, INC. f/d/b/a ARABIAN TANK AND VESSEL, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Case No.: 02-312-BH-C |
| ARABIAN TANK AND VESSEL, a Saudi Arabian entity, DR. MOHAMMED ALI ISMAIL TURKI, TECHNO-ARABIA CO., LTD., and ENCOCORP, jointly and severally, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

The plaintiffs/counterclaim defendants American Tank & Vessel ("American T&V") and American Tank & Vessel International, Inc. ("ATVI"), and defendants/counterclaimants Arabian Tank & Vessel ("Arabian T & V"), Dr. Mohammed Ali Ismail Turki ("Turki"), and Techno-Arabia Co., Ltd. ("Techno-Arabia") have informed the Court that they have reached a settlement. It is therefore **ORDERED** that any all claims against defendants Arabian T&V, Turki, and Techno-Arabia and any all claims against counterclaim defendants American T&V and ATVI be **DISMISSED** from the active docket of this Court, with prejudice, **PROVIDED** that either party may reinstate the case within thirty (30) days from the entry of this order if the settlement is not consummated. No other order shall be forthcoming from the Court regarding these claims except upon application by either party for final judgement as prescribed by Rule 58 of the Rules of Civil Procedure. Each party shall bear their own costs and attorney's fees.

Finally, the Court does **NOTE** that there has been no stipulation of dismissal as to the remaining defendant Encocorp.

**SO ORDERED** this 21st day of April, 2005.

s/ W. B. Hand
SENIOR DISTRICT JUDGE
