UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AMERICAN TANK & VESSEL,INC. and AMERICAN TANK & VESSEL INTERNATIONAL, INC. f/d/b/a ARABIAN TANK AND VESSEL | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Case No.: 02-312-BH-C |
| ARABIAN TANK AND VESSEL, a Saudi Arabian entity, DR. MOHAMMED ALI ISMAIL TURKI, TECHNO-ARABIA CO., LTD., and ENCOCORP, jointly and severally, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Defendant Encocorp's Motion (Doc. 101) to set aside the Default Judgment (Doc. 100) entered against it by this Court on June 21, 2005. Since Encocorp's motion to set aside the judgment, there has been much research and discussion before the Court to determine if Encocorp was properly served as a defendant in this action. Plaintiffs have contended that they executed service upon a Mr. Saleh Hussien Al-Adwani AlZahrani, who they now admit was not affiliated with Encocorp. (Doc. 115). In addition, Garo Dermosessian, manager of Encocorp S.A.R.L. and Encocorp-Saudi-Lebanese Engineers and Contractors Corps (hereinafter, "ESLECC"), has submitted a sworn affidavit that neither he nor the two Encocorp entities were served in regard to this matter. Therefore, pursuant to Fed.R.Civ.P. 4(f), (h) and (l) and the parties' agreement in open court on April 19, 2006, the above evidence establishes that Plaintiffs cannot carry their burden of demonstrating sufficient proof of service. As a result, because Defendant

Encocorp was not properly served in this matter, the Court's Default Judgment (Doc. 100) of June 21, 2005 is **due to be and hereby SET ASIDE**.

      **So ORDERED**, this 30th day of May, 2006.

                                                                    s/ W. B. Hand  
                                                   SENIOR DISTRICT JUDGE